NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE SOULELLIS, )
)
Appellant, )
)
v. ) Case No. 2D17-2592
)
MARKOS BAHAS, )
)
Appellee. )
_____)

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Walt Fullerton, Judge.

Michael Brundage of Brundage Law, PA,
Safety Harbor, for Appellant.

Jerry Theophilopoulos of Tarpon Springs,
Co-counsel for Appellee.

Charles Schropp of Schropp Law Firm,
Tampa, Co-counsel for Appellee.

PER CURIAM.

Affirmed.

KELLY, SLEET, and BADALAMENTI, JJ., Concur.